UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE HANOVER INSURANCE COMPANY, | ) ) ) | Case No. 4:23-cv-04057 |
| Plaintiff, | ) ) | |
| v. | ) ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| AGRONOMY SCIENCES, LLC and JEFFREY MORRIS, | ) ) ) ) | |
| Defendants. | ) ) | |

PLEASE TAKE NOTICE that Plaintiff, The Hanover Insurance Company, by and through its attorney, Rebecca L. Mann of Gunderson, Palmer, Nelson & Ashmore, LLP, hereby dismisses the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on its merits, with prejudice, without costs, and with each party to bear his, her, or its own fees.

Dated: September 22, 2023.

GUNDERSON, PALMER, NELSON
 & ASHMORE, LLP

By: */s/ Rebecca L. Mann*
Rebecca L. Mann
*Attorneys for Plaintiff*
506 Sixth Street
P.O. Box 8045
Rapid City, SD 57709
Telephone: (605) 342-1078
Fax: (605) 342-9503
E-mail: rmann@gpna.com